UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Wenyong Yue, Huizhoushi Huifangyuan Nongye Keji Youxian Gongsi a/k/a Botail, and yidiandian Shenzhen wenhuachuanmeiyouxiangongsi a/k/a Cool Essential, <br><br>*Plaintiffs*, <br><br>v. <br><br> John Nashed Hanna, Reaction Labs LLC a/k/a Lup, and Amazon.com, Inc., <br><br>*Defendants*. | § § § § § § § § § § § § § § § | Civil Action No. 1:24-cv-04579 |

## **MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Daniel Scardino, hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendants John Nashed Hanna and Reaction Labs LLC a/k/a Lup in the above-captioned action.

I am in good standing of the bar of the state of Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

I conferred with Lance Liu, counsel for Plaintiffs, and he does not oppose this motion.

Dated: July 1, 2024

Respectfully Submitted,

*/s/ Daniel Scardino*
Daniel Scardino
SCARDINO LLP
111 Congress Avenue, Suite 500
Austin, TX 78701
Tel.: (512) 443-1667
Fax: (512) 487-7606
daniel@scardinollp.com