UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Wenyong Yue, Huizhoushi Huifangyuan Nongye Keji Youxian Gongsi a/k/a Botail, and yidiandian Shenzhen wenhuachuanmeiyouxiangongsi a/k/a Cool Essential,<br><br>*Plaintiffs*,<br><br>v.<br><br>John Nashed Hanna, Reaction Labs LLC a/k/a Lup, and Amazon.com, Inc.,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § | Civil Action No. 1:24-cv-04579 |

## **ORDER FOR ADMISSION *PRO HAC VICE***

The motion of Daniel Scardino, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Texas; and that his contact information is as follows:

Daniel Scardino
SCARDINO LLP
111 Congress Ave., Suite 500
Austin, Texas 78701
Tel: (512) 443-1667
Fax:(512) 487-7606
daniel@scardinollp.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants John Nashed Hanna and Reaction Labs LLC a/k/a Lup in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____   _____
United States District / Magistrate Judge