UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Wenyong Yue, Huizhoushi Huifangyuan Nongye Keji Youxian Gongsi a/k/a Botail, and yidiandian Shenzhen wenhuachuanmeiyouxiangongsi a/k/a Cool Essential, | § § § § § § § § § § § § § § | Civil Action No. 1:24-cv-04579 |

Wenyong Yue, Huizhoushi Huifangyuan
Nongye Keji Youxian Gongsi a/k/a Botail,
and yidiandian Shenzhen
wenhuachuanmeiyouxiangongsi a/k/a Cool
Essential,

     *Plaintiffs*,

v.

John Nashed Hanna, Reaction Labs LLC
a/k/a Lup, and Amazon.com, Inc.,

     *Defendants*.

Civil Action No. 1:24-cv-04579

## DECLARATION OF DANIEL SCARDINO IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to 28 U.S.C. § 1746, I, Daniel Scardino, declare:

1.    I have never been convicted of a felony;

2.    I have never been censured, suspended, disbarred or denied admission or readmission by any court; and

3.    There are no disciplinary proceedings presently against me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing are true and correct.

Executed on July 1, 2024.

_____
Daniel Scardino