UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Wenyong Yue, Huizhoushi Huifangyuan Nongye Keji Youxian Gongsi a/k/a Botail, and yidiandian Shenzhen wenhuachuanmeiyouxiangongsi a/k/a Cool Essential,<br><br>*Plaintiffs*,<br><br>v.<br><br>John Nashed Hanna, Reaction Labs LLC a/k/a Lup, and Amazon.com, Inc.,<br><br>*Defendants*. | § § § § § § § § § § § § § § § | Civil Action No. 1:24-cv-04579-LGS<br><br>By **August 30, 2024**, all parties shall meet an confer regarding the issues presented in this motion.  If the parties are unable to reach a resolution, by **September 11, 2024**, Plaintiffs shall respond to this motion.  By **September 17, 2024**, Defendants shall file their reply.<br><br>Dated: August 26, 2024<br>         New York, New York<br><br>*/s/ Lorna G. Schofield*<br>**LORNA G. SCHOFIELD**<br>**UNITED STATES DISTRICT JUDGE** |

## DEFENDANT REACTION LABS LLC a/k/a LUP'S NOTICE OF MOTION FOR PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum in Support of the Motion for Preliminary Injunction, the Declaration of John N. Hanna, and the exhibits annexed thereto, Defendant Reaction Labs LLC a/k/a Lup ("Lup") will move this Court during the telephonic hearing previously set by the Court for Wednesday, September 11, 2024 at 3:45 p.m. before the Honorable Lorna G. Schofield (Dkt. 45), or as soon as counsel can be heard, and present Lup's Motion for Preliminary Injunction against Plaintiffs.

Dated: August 22, 2024                              Respectfully Submitted,

*/s/ Daniel Scardino*
Daniel Scardino (*admitted pro hac vice*)
Texas State Bar No. 24033165
SCARDINO LLP
111 Congress Avenue, Suite 500
Austin, TX  78701
Tel.: (512) 443-1667
Fax: (512) 487-7606
daniel@scardinollp.com

1

*Counsel for Defendants John Nashed Hanna and Reaction Labs LLC a/k/a Lup*

## **CERTIFICATE OF SERVICE**

 Pursuant to the Federal Rules of Civil Procedure and Local Rule 6.1, I hereby certify that, om August 22, 2024, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

         */s/ Daniel Scardino*
         Daniel Scardino